IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Petitioner-Respondent,

VS.                                                CR. 12-2653 RB
                                                      CV. 16-0671 RB/SMV

GILBERT CONTRERAS,

       Defendant-Movant.

### ORDER EXTENDING TIME FOR REPLY

**THIS MATTER** having come before the Court on Defendant's Motion to Extend Time for Reply, pursuant to 18 U.S.C. § 4241, and the Court being fully advised in the premises, this Court finds that the motion is well-taken.

**IT IS THEREFORE ORDERED** that Defendant has until November 8, 2016 to file his reply to the Government's Response.

**THIS ORDER IS APPROVED** by email by AUSA Matthew Beck on October 25, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
GREGORY J. GARVEY
Assistant Federal Public Defender